JOANNE S. MARCHETTA (Cal. Bar No. 201661)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89449
Tel: (775) 588-4547
Fax:  (775) 588-4527
jmarchetta@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 322-5668
Fax: (775) 201.0193
johnmarshall@charter.net

Attorneys for Plaintiff
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AVION INC., MARK STEWART, )<br>MICHAEL SAHLBACH, )<br>)<br>Defendants. )<br>)<br>_____) | Case No.  2:07-CV-02499-LKK-EFB<br><br>NOTICE OF TENTATIVE SETTLMENT;<br>STIPULATION AND ORDER THEREON |

Plaintiff Tahoe Regional Planning Agency ("TRPA") and Defendant Michael Sahlbach (collectively "the Parties") hereby provide notice to this Court of a tentative settlement of all

Notice of Tentative Settlement, Stipulation and Order                                                                                              1

claims.  The Parties also request an Order approving a stipulation for an extension of time for response to TRPA's Complaint on following grounds:

1. TRPA affected service on Defendant Sahlbach in January 2008, and Salhbach's response to the Complaint is currently due by February 1, 2008.

2. In its recent Minute Order, the Court reset the Status Conference to March 10, 2008.

3. On January 30, 2008, TRPA and Salhbach reached a tentative settlement that, if approved by TRPA's Governing Board, will result in the dismissal of this action in its entirety. If the settlement can be finalized there will be no need for any defendant to file an initial responsive pleading.

4. In order to permit the Parties to conserve resources by focusing on production of settlement documents and TRPA Board approval, TRPA and Sahlbach stipulate to, and so request the Court to grant, an extension of Salhbach's time to respond to the Complaint to February 29, 2008, two days after the next TRPA Governing Board meeting.

SO STIPULATED.

DATED:  February 1, 2008.

TAHOE REGIONAL PLANNING AGENCY

By:  ____/s/_____
    John L. Marshall
    570 Marsh Avenue
    Reno, Nevada  89509
    johnmarshall@charter.net

    Joanne S. Marchetta
    Tahoe Regional Planning Agency
    P.O. Box 5130
    Stateline, Nevada 89449
    jmarchetta@trpa.org

                                Attorneys for Plaintiff,
                                Tahoe Regional Planning Agency

DATED: February 1, 2008

                        By:  ___/s/_____

                                Fred G. Wiesner
                                Field, Warwick & Sanders
                                3249 Quality Drive, Suite 120
                                Rancho Cordova, CA  95670
                                Attorneys for Michael Sahlbach
                                fred.wiesner@farmersinsurance.com

## ORDER

    Defendant Michael Sahlbach shall have up to and including February 29, 2008 to respond to Plaintiff TRPA's Complaint for Civil Penalties and Injunctive Relief.

    IT IS SO ORDERED.

DATED: February 12, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT