JOANNE S. MARCHETTA (Cal. Bar No. 201661)
TAHOE REGIONAL PLANNING AGENCY
P.O. BOX 5310
Stateline, Nevada  89449
Tel: (775) 588-4547
Fax:  (775) 588-4527
jmarchetta@trpa.org
(Counsel for service purposes)

JOHN L. MARSHALL (Cal. Bar No. 145570)
570 Marsh Avenue
Reno, Nevada 89509
Tel: (775) 322-5668
Fax: (775) 201.0193
johnmarshall@charter.net

Attorneys for Plaintiff
Tahoe Regional Planning Agency

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHOE REGIONAL PLANNING AGENCY, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> AVION INC., MARK STEWART, ) <br> MICHAEL SAHLBACH, ) <br><br> Defendants. ) | Case No.  2:07-CV-02499-LKK-EFB <br><br> NOTICE OF APPROVAL OF SETTLMENT; STIPULATION AND ORDER THEREON |

Plaintiff Tahoe Regional Planning Agency ("TRPA") and Defendant Michael Sahlbach (collectively "the Parties") hereby provide notice to this Court of the approval of the tentative

Notice of Approval of Settlement, Stipulation and Order                                                                          1

settlement of all claims.  The Parties also request an Order approving a stipulation for an extension of time for response to TRPA's Complaint on following grounds:

1. On January 30, 2008, TRPA and Salhbach reached a tentative settlement that will result in the dismissal of this action in its entirety.  If the settlement can be finalized there will be no need for any defendant to file an initial responsive pleading.

2. On February 1, 2008, TRPA and Sahlbach provided this Court with notice of the tentative settlement and requested an extension of time for Sahlbach to respond to TRPA Complaint.  The Court subsequently granted Defendant Sahlbach an extension of time to respond to TRPA's Complaint to February 28, 2008.

3. On February 26, 2008, the TRPA Governing Board approved the tentative settlement agreement.  The parties are presently arranging for the necessary releases and payment. Within 10 days of completion of these tasks, TRPA will seek dismissal of this action.

4. In light of the approval of the settlement and in order to permit the Parties to conserve resources by focusing on finalizing the settlement and dismissal of this action, TRPA and Sahlbach stipulate to, and so request the Court to grant, an extension of Salhbach's time to respond to the Complaint to March 28, 2008.

SO STIPULATED.

DATED:  February 27, 2008.

TAHOE REGIONAL PLANNING AGENCY


By: ____/s/_____
    John L. Marshall
    570 Marsh Avenue
    Reno, Nevada  89509
    johnmarshall@charter.net

                    Joanne S. Marchetta
                    Tahoe Regional Planning Agency
                    P.O. Box 5130
                    Stateline, Nevada 89449
                    jmarchetta@trpa.org

                    Attorneys for Plaintiff,
                    Tahoe Regional Planning Agency

DATED:  February 27, 2008

                By:  ___/s/_____

                    Fred G. Wiesner
                    Field, Warwick & Sanders
                    3249 Quality Drive, Suite 120
                    Rancho Cordova, CA  95670
                    Attorneys for Michael Sahlbach
                    fred.wiesner@farmersinsurance.com

## ORDER

Defendant Michael Sahlbach shall have up to and including March 28, 2008 to respond to Plaintiff TRPA's Complaint for Civil Penalties and Injunctive Relief.

IT IS SO ORDERED.

DATED:   March 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

RE:     TRPA V. AVION INC. ET AL.


UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
CASE NO. CIV. 2:07-CV-02499-LKK-EFB

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am over 18 years of age and am not a party to the above-entitled action.  On the 27th day of February 2008, I caused to be sent U.S. mail a true and correct copy of Notice of Approval of Settlement, Stipulation and Order addressed to the following parties:

> Fred Wiesner, Esq.
> Field, Warwick & Sanders
> 3249 Quality Drive, Suite 120
> Rancho Cordova, CA  95670

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Stateline, Nevada, on February 27, 2008.

By:     ___/s/_____
        John L. Marshall